**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
RACHEL BLYUMKIN,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BLYUMKIN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>MEDICARE WORLD, LLC and DOES 1-10,<br><br>       Defendant(s), | Case No.: **2:21-cv-02418-FMO-PVC**<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, RACHEL BLYUMKIN, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have

- 1 -

reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation to dismiss Plaintiff's individual claims with prejudice and the punitive class without prejudice within sixty (60) days.

Dated: July 9, 2021

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

- 3 -

NOTICE OF SETTLEMENT