# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| RACHEL BLYUMKIN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDICARE WORLD, LLC,<br><br>　　　　Defendant. | Case No. CV 21-2418 FMO (PVCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　The complaint in the above-captioned case contains individual and class allegations, and while an answer has been filed, no substantial motion practice has taken place in the matter. Now, the court is informed that the parties have settled the matter, and that plaintiff anticipates filing a stipulation to dismiss her "individual claims with prejudice and the pu[ta]tive class without prejudice[.]" (See Dkt. 19, Notice of Settlement at 1-2). Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed without prejudice**. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **60 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 15th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge